**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-516-JCM-(RJJ) |
| | ) | |
| OSCAR SOSA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from OSCAR SOSA a criminal forfeiture money judgment in the amount of $14,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p). Information, ECF No. 48; Plea Memorandum, ECF No. 50.

DATED December 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Order of Forfeiture on December 21, 2012, by the below identified method of service:

<u>Electronic Filing</u>

Leslie A. Park
Leslie A. Park, Attorney at Law
630 South Seventh Street
Las Vegas, NV 89101
Email: Les_law60@hotmail.com
*Counsel for Oscar Sosa*

/s/Michelle C. Lewis
MICHELLE C. LEWIS
Forfeiture Support Paralegal Specialist